# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

**M-11-413**

1) Magistrate Case Number: _____

2) Defendant's Name: _Lopez Holguin_ _Zuleika_ _____
   (Last)      (First)      (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: ✓ ___Yes ___No   Date/Time: 4/19/11

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: ✓

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: _____

12) (a) Preliminary Hearing set for: _____; or waived: ✓

     (b) Removal Hearing set for: _____; or waived: _____

     (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: Tyler Smith

14) DEFENSE COUNSEL'S NAME: Carlos Martir
     Address: _____
       Bar Code: _____ CJA: ✓ FDNY: ____ RET: ____
       Telephone Number: (____) _____

15) LOG #: ____ ( 2:36 - 2:41 )   MAG. JUDGE: Pohorelsky

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
     ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
     ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____
_____
_____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

     SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE